■ BRENDA READING et al., Respondents, v ANTHONY FABIANO, M.D., et al., Appellants. (Appeal No. 1.) [4 NYS3d 566]— Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered June 11, 2013. The order granted in part the motion of defendants to compel certain discovery.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Centra, J.P., Peradotto, Lindley and DeJoseph, JJ.